RICHARD D. McCUNE (State Bar No. 132124)
rdm@mccunewright.com
JAE (EDDIE) K. KIM (State Bar No. 236805)
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff KEHLIE R. ESPINOSA,
and the putative class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEHLIE R. ESPINOSA, as an individual, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HYUNDAI MOTOR AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:12-cv-00800 GW (FFM)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**DECLARATION OF RICHARD D. McCUNE; EXHIBITS**<br><br>[Filed concurrently with Plaintiff's Opposition to Defendant's Motion to Dismiss First Amended Complaint; Plaintiff's Opposition and Objections to Defendant's Request for Judicial Notice]<br><br>**Date:  April 12, 2012**<br>**Time:  8:30 a.m.**<br>**Crtrm: 10 (Spring Street)**<br><br>Judge Assigned: Hon. George H. Wu<br>Complaint Filed: January 6, 2012 |

Pursuant to Federal Rule of Evidence 201, and in support of her concurrently filed Opposition to Defendant's Motion to Dismiss First Amended Complaint, Plaintiff, Kehlie R. Espinosa, respectfully requests that this Court take judicial notice of the following exhibits attached hereto.

1. **Exhibit A, pgs. 1-8** - Print-screen captures taken from Hyundai's hyundaiusa.com website at webpage titled http://www.hyundaiusa.com/elantra. (Due to the length of the webpage and to provide legible copies to the Court, it was not possible to capture the complete webpage on one page).

2. **Exhibit C.1** – Video Still Capture of "Save the Asterisks" video from the website http://www.autoblog.com/2010/12/02/video-hyundai-launches-save-the-asterisks-campaign-for-40-mpg-e/.

3. **Exhibit C.2** – DVD disk (manually filed) of "Save the Asterisks" video downloaded and burned to DVD from the website http://www.autoblog.com/2010/12/02/video-hyundai-launches-save-the-asterisks-campaign-for-40-mpg-e/.

4. **Exhibit D** - Hyundai's press release titled "HYUNDAI REACHES 100,000 40 MPG VEHICLE SALES FASTER THAN THE REST OF THE AUTO INDUSTRY", available at http://www.hyundaiusa.com/about-hyundai/news/Corporate_Reach_100000_40MPG_Faster_AutoIndustry-20110707.aspx

The Court may take judicial notice of the above-referenced documents. Certain written instruments attached to pleadings may be considered part of the pleading. *See* Fed.R.Civ.P. 10(c); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Plaintiff attached as Exhibit 1 to the First Amended Complaint ("FAC") a copy of the http://www.hyundaiusa.com/elantra webpage and incorporated that page in paragraph 10. Exhibit A is from the same address as Exhibit 1 to the FAC and appears to be an update of the same section.

Additionally, the above-referenced documents may be judicially noticed pursuant to the doctrine of incorporation by reference. Certain written instruments attached to pleadings may be considered part of the pleading. *See* Fed.R.Civ.P. 10(c). Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). In Plaintiff's FAC, Plaintiff references extensively Hyundai's unprecedented marketing campaign to sell its vehicles through claiming that a number of its models, including the Elantra, will get at least 40 miles per gallon in highway driving and that Plaintiff did rely on online Hyundai advertisements, among other advertisements, in making her decision to purchase the vehicle at issue. (FAC, ¶¶ 4, 5, 9,10-14, 16, 21, 29, 30). Additionally, courts may take judicial notice of the existence of "documents whose contents are alleged in a complaint and who authenticity no party questions, but which are not physically attached to the pleading." *Natural Resources Defense Council, Inc. v. South Coast Air Quality Management Dist.,* 694 F. Supp. 2d 1092, 1103 (C.D. Cal. 2010). Defendant cannot dispute the authenticity of their own webpage, as evidenced by its request for judicial notice of the same webpage in Defendant's Exhibits 14 and 15.

   5. **Exhibits B.1-B.4** - Photographs of Cerritos Hyundai dealership taken on March 16, 2012.

The Court may take judicial notice of the above-referenced documents because certain written instruments attached to pleadings may be considered part of the pleading. *See* Fed.R.Civ.P. 10(c); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Plaintiff attached as Exhibit 2 to the FAC a copy of the picture of the Banner at Inland Empire Hyundai and incorporated that page in paragraph 10. Although this is a picture taken after the filing of the FAC and is a picture of the Banner at Cerritos Hyundai in Cerritos, California, it is relevant to refute the false information Defendant has provided the Court in Exhibit 17 to Defendant's Request for Judicial Notice. Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the

1  plaintiff refers extensively to the document or the document forms the basis of the
2  plaintiff's claim. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). In
3  Plaintiff's FAC, Plaintiff references extensively Hyundai's unprecedented marketing
4  campaign to sell its vehicles through claiming that a number of its models, including the
5  Elantra, will get at least 40 miles per gallon in highway driving and that Plaintiff did rely
6  on online Hyundai advertisements, among other advertisements, in making her decision
7  to purchase the vehicle at issue. (FAC, ¶¶ 4, 5, 9, 10-14, 16, 21, 29, 30). Additionally,
8  courts may take judicial notice of the existence of "documents whose contents are alleged
9  in a complaint and who authenticity no party questions, but which are not physically
10 attached to the pleading." *Natural Resources Defense Council, Inc. v. South Coast Air*
11 *Quality Management Dist.,* 694 F. Supp. 2d 1092, 1103 (C.D. Cal. 2010). Defendant, in
12 an attempt to discredit Plaintiff's Exhibit 2 attached to the FAC, requests judicial notice
13 of Defendant's Exhibit 17, which defense counsel avers that it depicts a color photo of
14 the banner at Cerritos Hyundai, when it actually depicts the banner at Inland Empire in
15 Loma Linda, California. Therefore, Exhibits B1-B4 are relevant as they further support
16 Plaintiff's 40 mpg allegations and is necessary because it is an updated photograph of the
17 actual banner located in Cerritos to demonstrate that Defendant's purported Exhibit 17 is
18 not in fact the Cerritos banner, as represented. Defendant cannot dispute the authenticity
19 of their own banner, and therefore judicial notice is proper.

    For the foregoing reasons this Court should take judicial notice of the documents
    attached as Exhibits A, B.1-B.4, C.1, C.2 and D.


DATED: March 22, 2012.                    MCCUNEWRIGHT LLP

                                          BY:   */s/ Richard D. McCune*
                                                Richard D. McCune
                                                Attorney for Plaintiff

**DECLARATION OF RICHARD D. McCUNE**

I, Richard D. McCune, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCuneWright, LLP, counsel of record for Plaintiff. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto. I make this Declaration in support of Plaintiff's Request for Judicial Notice.

2. **Exhibit A** attached hereto are true and correct printed copies of the webpage titled http://www.hyundaiusa.com/elantra, as last viewed on March 22, 2012.

3. **Exhibit B.1 – B.4** attached hereto are true and correct copies of photographs I personally took at the Cerritos Hyundai dealership on my camera phone on March 16, 2012.

4. **Exhibit C. 1** is a true and correct copy of a still image captured from the video "Save the Asterisks" video downloaded and available from the website: http://www.autoblog.com/2010/12/02/video-hyundai-launches-save-the-asterisks-campaign-for-40-mpg-e/, as last viewed on March 22, 2012 and attached as Exhibit C.2.

5. **Exhibit C. 2** is a DVD disk containing a true and correct copy of the video "Save the Asterisks" captured, downloaded and available at the website: http://www.autoblog.com/2010/12/02/video-hyundai-launches-save-the-asterisks-campaign-for-40-mpg-e/, as last viewed March 22, 2012.

6. **Exhibit D** is a true and correct copy of a Hyundai's press release titled "HYUNDAI REACHES 100,000 40 MPG VEHICLE SALES FASTER THAN THE REST OF THE AUTO INDUSTRY", available at http://www.hyundaiusa.com/about-hyundai/news/Corporate_Reach_100000_40MPG_Faster_AutoIndustry-20110707.aspx.

7. I personally took the photograph of the banner at the Loma Linda, CA Hyundai Dealership on January 3, 2012 with my camera phone. A copy of that

//

1  photograph was attached to the FAC as Exhibit 2.  That photograph is still on my camera
2  phone and does not depict the works "UP TO".
3      I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.   Executed this 22nd day of March, 2011, in
5  Redlands, California.

                                            /s/ *Richard D. McCune*
                                            Richard D. McCune