# Exhibit A



**EXHIBIT A, p. 1**





COMPACT CAR
BIG
PERFORMANCE

A highly efficient 4-cylinder engine that gets 40 MPG on the highway comes standard on every Hyundai, and makes Elantra a great value for the money.

VIEW PERFORMANCE







# INTUITIVE INTERIOR DESIGN

A compact that feels like a mid-size. More interior passenger volume than Toyota Corolla and Honda Civic. Technically classified as a mid-sized car, even the government finds the Elantra exceptional.

"The U.S. EPA classifies it as a mid-size."

VIEW INTERIOR

**EXHIBIT A, p. 5**    11



## TOTALLY
# TECH-SAVVY

The entertainment system comes standard with iPod®/USB input jacks and XM® Satellite Radio plus Bluetooth®.¹ An available navigation system with 7-inch touchscreen and a rearview camera² that gives you an extra set of eyes. The car may be compact but the technology inside is anything but.

¹Limited only

**VIEW INTERIOR**

"It offers the most compelling compromise of styling, packaging value, efficiency, and comfort, and demonstrates that you don't have to sell your soul to have mass appeal."

- Motor Trend



# AWARD-WINNING SAFETY

Six airbags. Vehicle Stability Management. Four-wheel disc brakes with ABS. The list of safety features is long, which explains why Elantra was named an IIHS Top Safety Pick.

VIEW SAFETY





**148** HP
**40** MPG HWY

# FEATURES & SPECS

Premium interior and style. Stellar performance and fuel-efficiency. And all the bells, whistles and modern comforts you want.

VIEW FEATURE & SPEC

# BUILD & PRICE

A practical way to go wild. Choose from options like a 6-speed automatic transmission with SHIFTRONIC®, active ECO system, leather seating surfaces, push button start with proximity key and heated front and rear seats.

**BUILD & PRICE**



**SHOPPING**
Build & Price
Compare
Find A Dealer
Request A Quote
Schedule A Test-Drive
Certified Pre-Owned
Payment Calculator
Trade-In Estimate
Special Offers
Download a Brochure

**NEW THINKING**
Quality
Technology & Innovation
Design
Safety
Built In U.S.A.
Blue Link®
Environment
Social Responsibility

**WHY HYUNDAI**
Hyundai Assurance
Trade-In Value Guarantee
America's Best Warranty
24/7 Roadside Assistance
Blue Link®
Awards & Reviews

**CARING FOR YOUR CAR**
My Hyundai
Maintenance Schedule
Bluetooth Compatibility
Shop Merchandise

**LET US HELP**
Contact Us
FAQ/Help
Blue Link FAQ

**ABOUT HYUNDAI**
Our Company
News
Events
Careers
Doing Business
Diversity
Tour Our Alabama Plant

Find us on Facebook | Follow us on Twitter | See our videos on YouTube | Sign up for Email Updates

Find a Dealer | Site Map | Privacy Policy | Legal | Warranty | FAQ Help | E-mail Updates | Contact Us | Terms of Use | AdChoices

Hyundai is a registered trademark of Hyundai Motor Company. All rights reserved. © 2012 Hyundai Motor America

**HYUNDAI**
NEW THINKING.
NEW POSSIBILITIES.

# Exhibit B





Exhibit C



**EXHIBIT C.1**

**19**

# EXHIBIT C.2
## (DVD)

# (Notice of Manual Filing filed concurrently herewith)

Exhibit D

**ABOUT US OVERVIEW**

**OUR COMPANY**

NEWS

**THE ENVIRONMENT**

**EVENTS**

**CAREERS**

**DOING BUSINESS**

**DIVERSITY**

**CONTACT US**

07/07/2011, Costa Mesa, California

## HYUNDAI REACHES 100,000 40 MPG VEHICLE SALES FASTER THAN THE REST OF THE AUTO INDUSTRY

Fireworks commemorated an industry milestone this Fourth of July weekend as Hyundai sold its 100,000th vehicle achieving 40 miles per gallon highway fuel economy. Hyundai smoked the entire auto industry, outselling all other automakers' 40 mpg offerings. Through the first six months, 29 percent of Hyundai's sales volume topped 40 mpg highway fuel economy – a number that rocketed to 40 percent in the month of June.

Hyundai's "4 x 40" strategy includes four models that reach 40 mpg standard this year including the hot-selling Elantra, Sonata Hybrid and all-new 2012 Accent which just started to hit dealerships in June. The fourth model – Hyundai's youthful and fun Veloster – will add a new spark to the fleet this fall.

"Hyundai aims to be the fuel economy leader and our '4 x 40' strategy is accelerating our overall fuel economy improvement, which now tops 35 mpg across the entire lineup," said John Krafcik, president and CEO, Hyundai Motor America. "But we really see 40 mpg as a starting point. We committed to at least 50 mpg corporate average fuel economy by 2025 and remain the only automaker to set our sights so high. Using a mix of technologies to improve the efficiency of our standard, internal combustion engine vehicles, combined with the smart application of hybrid technology, we believe we are on the right path."

Elantra ignited Hyundai's "4 x 40" strategy at launch in December 2010. The stylish, American-made sedan continues to set a torrid sales pace, 79 percent ahead of last year. Every 2011 Elantra sold achieves 40 miles per gallon highway fuel economy with no special options or equipment required. Sonata Hybrid and Accent added reinforcements to the 40 mpg strategy, and both are just starting to reach dealerships in volume. With Veloster still to come, Hyundai is positioned to grow its 40 mpg sales volume through the end of the year. Plans for additional fireworks are still in the works.

### HYUNDAI MOTOR AMERICA

Hyundai Motor America, headquartered in Fountain Valley, Calif., is a subsidiary of Hyundai Motor Co. of Korea. Hyundai vehicles are distributed throughout the United States by Hyundai Motor America and are sold and serviced through more than 800 dealerships nationwide. All Hyundai vehicles sold in the U.S. are covered by the Hyundai Assurance program, which includes the 5-year/60,000-mile fully transferable new vehicle warranty, Hyundai's 10-year/100,000-mile power train warranty, 5-years of complimentary Roadside Assistance and the Hyundai Trade-in

**EXHIBIT D**

20

Hyundai : News | HYUNDAI REACHES 100,000 40 MPG VEHICLE SALES FASTER THAN THE REST OF THE AUTO I...   Page 2 of 3

**Value Guarantee.**
For more details on Hyundai Assurance, please visit www.HyundaiAssurance.com.

Find us on Facebook          Follow us on Twitter          See our videos on YouTube          Sign up for Email Updates



HYUNDAI | NEW THINKING.
NEW POSSIBILITIES.

Hyundai is a registered trademark of Hyundai Motor Company. All rights reserved © 2012 Hyundai Motor America

**EXHIBIT D**

**21**