UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-800-GW(FFMx) | Date | April 24, 2012 |
|---|---|---|---|
| Title | *Kehlie R. Espinosa v. Hyundai Motor America, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**


       After considering the oral argument at the hearing on April 23, 2012 and re-reading Brown v. Bank of America, 457 F.Supp. 2d 82 (D. Mass. 2006), and Hall v. Time, Inc., 158 Cal.App. 4th 847 (2008), the Court makes its Tentative Ruling its final decision on the Motion to Dismiss.  Defendant's Motion to Dismiss is **DENIED.**

                                                                                                            :

                                                          Initials of Preparer    JG