1  RICHARD D. McCUNE, (#132124)
   rdm@mccunewright.com
2  JAE (EDDIE) K. KIM, (#236805)
   jkk@mccunewright.com
3  ELAINE S. KUSEL (*Pro Hac Vice*)
   esk@mccunewright.com
4  McCuneWright LLP
   2068 Orange Tree Lane, Suite 216
5  Redlands, California  92374
   Telephone:  (909) 557-1250
6  Facsimile:  (909) 557-1275

7  Attorneys for Plaintiffs and Putative Class

8

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13

14  KEHLIE R. ESPINOSA, LILLIAN  E.        Case No.:   2:12-cv-00800 GW (FFMx)
    LEVOFF, THOMAS GANIM,  and
15  DANIEL BALDESCHI, on behalf of         **DECLARATION OF MOLLY ESPEY IN**
    themselves and all others similarly    **SUPPORT OF PLAINTIFFS' MOTION**
16  situated,                               **FOR CLASS CERTIFICATION**

17              Plaintiffs,                 [Filed concurrently with Plaintiffs' Notice of Motion
                                            and Motion for Class Certification; Supporting
18         v.                               Declarations; Exhibits; and [Proposed] Order]

19  HYUNDAI MOTOR AMERICA; and
    DOES 1 through 10, inclusive,          **Date:      November 29, 2012**
20                                          **Time:      8:30 a.m.**
                Defendants.                 **Dept:      Courtroom 10**
21                                          **            Hon. George H. Wu**

22

23                                          Complaint Filed:   1/6/2012
                                            First Amended Complaint Filed: 2/23/2012
24                                          Second Amended Complaint Filed: 8/2/2012

25

26

27  //

28  //

                                        -1-
DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.:   2:12-cv-00800 GW (FFMx)

I, Molly Espey, declare as follows:

1.  I have been retained by counsel for the Plaintiffs to provide expert opinion regarding consumers' valuation of automobile fuel economy, to explain a general methodology for determining how these values influence market prices of automobiles, and to use this method to estimate vehicle price differentials based on different levels of fuel economy.

2.  Consumers value fuel economy for the travel cost savings it generates.  Hedonic valuation can be used to estimate the incremental effect of changes in fuel economy on automobile prices while controlling for other vehicle characteristics.

3.  The sections that follow detail my qualifications, research-based evidence that consumers value fuel economy when purchasing automobiles, and a summary of how the hedonic regression methodology can be used to quantify the impact of fuel economy on automobile prices.  I reserve the right to modify or change my proposed methodology as new information becomes available.  I have been provided with and have reviewed a copy of the Second Amended Class Action Complaint "Espinosa, et al. v Hyundai Motor American, et al."

**Qualifications**

4.  I am a full professor in the John E. Walker Department of Economics at Clemson University specializing in natural resource and environmental economics.  I obtained my Ph.D. in 1994 from the Department of Agricultural Economics at the University of California, Davis, with fields in resource and environmental economics, public economics, and demand analysis.  I was an Assistant Professor in Applied Economics and Statistics at the University of Nevada, Reno from 1994-1999.  I joined the Department of Applied Economics and Statistics at Clemson University in 1999, was promoted to Professor in 2006, and joined the Department of Economics in 2011.

5.  I have authored or co-authored twenty-four published peer-reviewed journal articles, two book chapters, three book reviews, and I have served on the editorial

DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.:   2:12-cv-00800 GW (FFMx)

council of two professional journals.  I have taught numerous graduate and undergraduate level courses in microeconomic theory, environmental economics, and natural resource economics.

6.   I have extensive experience in hedonic valuation and analysis.  Most significant to this case, I co-authored the article "Automobile Fuel Economy:  What Is It Worth?" published in *Contemporary Economic Policy* in 2005 and authored "Do Consumers Value Fuel Economy?"  published in *Regulation*, also in 2005.  I also have ongoing research continuing this line of work, analyzing consumers' valuation of automobile fuel economy during the last decade and how those values influence the price of automobiles.

7.   My curriculum vita, including a list of my publications, is presented as Exhibit A to this declaration.

**Background**

8.   In my expert opinion, consumers consider fuel economy in their decision about which vehicle to buy and how much to pay for said vehicle.

9.   Improvements in fuel economy have a direct, calculable value to automobile drivers for the fuel savings thereby generated.  Fuel economy may also be valued by consumers due to a value for reductions in tailpipe and greenhouse gas emissions, improved energy security, or for the perception of being more environmentally conscious.

10.   The value of fuel savings produced by an improvement in fuel economy can be calculated as follows:

Savings     $= [(P_g \text{ times miles driven})/MPG_1] - [(P_g \text{ times miles driven})/MPG_2]$

$= (P_g \text{ times miles driven}) \times (1/MPG_1 - 1/MPG_2)$

where $P_g$ is the price of a gallon of gas, $MPG_1$ is the initial miles per gallon, and $MPG_2$ is the new miles per gallon.  If the initial fuel economy is greater than the new fuel economy, there will be a loss as travel costs are higher.  Clearly, the value

DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.:   2:12-cv-00800 GW (FFMx)

of fuel economy is greater as the price of gasoline rises and as miles driven increase.

11. Numerous previous studies have found that new car and fleet average fuel economy have increased in times of higher gasoline prices, indicating that consumers shift their purchases towards more fuel efficient vehicles as gas prices rise, demonstrating that consumers do consider fuel economy in their automobile purchase decisions (Li et al 2009[1], Busse et al 2009[2], Klier and Linn 2010[3]).

**Methodology for Calculating the Impact of Fuel Economy on Automobile Prices**

12. Market prices for automobiles reflect consumer values via their revealed willingness to pay. As automobiles are not homogeneous, there is no single market price, but different prices for each vehicle based on the combination of attributes and features present in those automobiles. Hedonic regression is a method of decomposing a complex good such as an automobile into its constituent characteristics to obtain estimates of the contributory value of each characteristic or feature considered. Hedonic valuation is a revealed preference method, meaning that it uses actual market purchases and prices to estimate value.

13. The demand for automobiles is derived from the demand for transportation services. The utility consumers derive from automobile travel depends, at least in part, on vehicle comfort, safety, driving performance, and the cost of travel. The cost of travel is a function of fuel prices, miles driven, and fuel economy. For a given price of fuel and miles driven, higher fuel economy reduces travel costs. Thus, holding all other vehicle characteristics constant, consumers could pay as

---

[1] Li, Shanjun, Christopher Timmins, and Roger H. von Haefen. 2009. "How Do Gasoline Prices Affect Fleet Fuel Economy?", *American Economic Journal: Economy Policy*, 1(2): 113-37.

[2] Busse, Meghan R., Christopher R. Knittel, and Florian Zettelmeyer. 2009. "Pain at the Pump: The Differential Effect of Gasoline Prices on New and Used Automobiles," National Bureau of Economic Research Working Paper No. 155590.

[3] Klier, T. and Joshua Linn. 2010. "The Price of Gasoline and New Vehicle Fuel Economy: Evidence from Monthly Sales Data," *American Economic Journal: Economic Policy*, 2(3): 134-53.

DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.: 2:12-cv-00800 GW (FFMx)

much more for a more fuel efficient vehicle as the amount of fuel savings generated, and be just as well off as paying less for a vehicle with lower fuel economy. Some people, however, may also value improvements in fuel economy for environmental or energy security reasons. Further, higher fuel economy often comes at the expense of vehicle size, power, and/or safety, making valuation of fuel economy more complex than a simple fuel savings calculation. Automobile markets in the United States reflect the wide range of consumer tastes and preferences in our society, resulting in a rich variety of "bundles" of vehicle characteristics available.

14. Hedonic regression analysis can be used to take advantage of this range of automobile choices to estimate the contribution of each quantifiable characteristic to the vehicle price. The price of an automobile can be represented as $P_{auto} = f(A_1, A_2, \ldots, A_n)$ where each $A_i$ is a characteristic or attribute of the vehicle. The competitive market price results from the interaction of producers and consumers for different bundles of characteristics. The implicit marginal value of any given attribute is the partial derivative of the equilibrium hedonic price function with respect to that attribute: $p(A_k) = \partial P_{auto}/\partial A_k$.

15. Given data on vehicle characteristics, prices, and sales, hedonic regression can be used to calculate the contribution of fuel economy to vehicle prices. The necessary data for this calculation is available from a combination of sources: Wards Automotive Group, Consumer Reports, Edmunds.com, and the National Highway Traffic Safety Administration (NHTSA). Wards Automotive Group collects data about all new vehicles sold in the United States, by make and model. This data includes a variety of measurements of vehicle size, weight, engine type, horsepower, EPA fuel economy, manufacturer's suggested retail price, and sales. Consumer Reports conducts its own tests of vehicle performance and reports an alternative measure of fuel economy, along with a measure of acceleration,

braking, vehicle classification (e.g. luxury or SUV[4]), reliability, comfort, and safety.  Consumer Reports safety information is a summary of the NHTSA crash tests.

16.    When this data is made available to me, I will use regression analysis to model the manufacturers' suggested retail price of each 2011 and 2012 vehicle model as a linear function of size, power, performance, safety, comfort, and gallons per mile.  Fuel economy enters the model in the inverse, as gallons per mile rather than miles per gallon, as more gallons per mile directly adds to the cost of driving.  Thus the coefficient on gallons per mile is expected to be negative, reflecting that vehicle price will decrease as the vehicle requires more gallons per mile driven.  Conversely, vehicle price will be higher when fuel economy improves, meaning fewer gallons are required per mile driven.

17.    Curb weight will be used as a proxy for size and acceleration will be used for power.  While horsepower is a common measure of vehicle power, acceleration is a better reflection of relative power and is less highly correlated with curb weight than is horsepower, improving the accuracy of the estimation.  Turning circle (the bumper clearance needed to make a U-turn) will be used as a measure of performance.  Braking distance, the distance necessary to come to a stop on dry pavement from a speed of 60 miles per hour, and crash test results will be used to reflect vehicle safety.  Consumer Reports comfort and reliability ratings will be included as well.  Variables will also be included to reflect luxury vehicles and sport utility vehicles.  Other vehicle type indicator variables are not necessary as the other included vehicle characteristics, in particular size, power, and performance, capture the differences across these vehicles.

18.    Both the EPA and Consumer Reports fuel economy numbers will be analyzed to determine the best fit in explaining manufacturer's suggested retail prices.  The EPA reports both city and highway estimates, along with a weighted average based

[4] This will be crosschecked with Edmunds.com.

DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.:   2:12-cv-00800 GW (FFMx)

on an assumption of 45% highway driving and 55% city driving.  Consumer Reports lists city and highway estimates based on its own on-road testing and an average based on 50% highway and 50% city driving.

19.   Vehicle prices will be weighted by sales, thus giving more weight in the analysis to vehicle models with a larger volume of sales and less weight to models with fewer sales.

20.   The combination of variables and estimation described above have been used to model 2001, 2003, and 2005 automobile prices, explaining over 96 percent of the variation in price across models.

21.   Once a model is estimated for 2011 and 2012 automobile sales, the model can be used to estimate the price of a vehicle with any combination of attributes.  Thus the model can be used to calculate the effect on price of a misconception of fuel economy by computing the counterfactual price using the actual fuel economy achieved in combination with a specific vehicle's characteristics.  The effect on price of a difference in expected fuel economy and actual fuel economy can be inferred from the difference between the actual and the counterfactual price.  This then would reflect a market average mark-up attributable to a misconception of actual fuel economy.

I so declare the above is true and correct under penalty of perjury under the laws of the United States.  Executed this _____12th_____ day of September, 2012, at Six Mile, South Carolina.

Molly Espey

Molly Espey

DECLARATION OF MOLLY ESPEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No.:  2:12-cv-00800 GW (FFMx)

**Molly Espey**

John E. Walker Department of Economics
Clemson University
Clemson, SC  29634
(864) 656-6401
mespey@clemson.edu

## Experience:

Professor, Economics, Clemson University, Clemson, South Carolina, 2011- present

Professor, Applied Economics and Statistics, Clemson University, Clemson, South Carolina, 2006-2011

Associate Professor, Applied Economics and Statistics, Clemson University, Clemson, South Carolina, 2001-2006

Assistant Professor, Applied Economics and Statistics, Clemson University, Clemson, South Carolina, 1999-2001

Assistant Professor, Applied Economics and Statistics, University of Nevada-Reno, 1994-1999

Instructor, Economics, American River Community College, Sacramento, California, 1989-1994

Research Assistant, Institute of Transportation Studies, University of California, Davis and Lawrence Berkeley National Research Laboratory, Berkeley, California, 1991-1994

## Education:

Ph.D., Agricultural Economics, University of California, Davis, 1994
Postgraduate study, Environmental Policy and Planning, University of California, Davis, 1989-1990
M.S., Agricultural Economics, University of California, Davis, 1989
B.S., Highest Honors, Agricultural Economics, University of California, Davis, 1988

*Leadership Training:*
Summer Institute for Women in Higher Education Administration, HERS/Bryn Mawr, 2006
USDA ESCOP/ACOP Leadership Training program, 2004

## Honors:

USDA Food and Agriculture Sciences Excellence in Teaching Award, 2012
Award for Teaching Excellence, College of Agriculture, Forestry, and Life Sciences, Clemson University, 2011
NACTA Publication of Excellence, Honorable Mention, 2011

NACTA Teaching Award of Merit, 2010-2011
Teacher of the Year, College of Agriculture, Forestry, and Life Sciences, Clemson University, 2007
Who's Who in Science and Engineering, 2006-2007
Award for Faculty Excellence, Clemson University Board of Trustees, 2012, 2005, 2003, 2000
Who's Who Among America's Teachers, 2005
Who's Who in Agricultural Higher Education, 2003
Who's Who Among America's Teachers, 2002
Teacher of the Year, College of Agriculture, University of Nevada, Reno, 1999
Undergraduate Teaching Award - Less Than 10 Years Experience, Western Agricultural Economics Association, 1999

**Service:**

**University:**
Department Advisory Committee, 2011-present
University Creative Inquiry Committee, 2011-present
University Faculty Senate Ad Hoc Committee on Teaching Effectiveness, 2011-present
University Assessment Committee, 2010-2011
Departmental Assessment, 2009-2011
Faculty Senate Alternate, 2010-2011
Peer Review Committee, Applied Economics and Statistics, 2008-2011
Chair, Department Ph.D. Qualifying Exam Committee, 2010
ACC Undergraduate Research Selection Committee, 2008-2010
Chair, Department Chair Administrator Review Committee, CAFLS, 2009
Chair, Taskforce for Teaching Excellence, Agriculture, Forestry, and Life Sciences, 2007-8
Chair, Honors and Awards Ceremony, College of Agriculture, Forestry, and Life Sciences, 2006
Chair, Curriculum Committee, Department and College, 2006-2007
Co-Chair, Scholarship of Teaching and Learning Group, Clemson University, 2005-2006
Chair, Teaching Award Committee, College of Agriculture, Forestry, and Life Sciences, 2004-2006
Program Coordinator and Advisor, Environment and Natural Resources, 2001- present
Graduate Admissions Committee, Applied Economics and Statistics, 1999-2008
Graduate Comprehensive Theory Exam Committee, Applied Economics and Statistics, 1999-2000
Undergraduate Advisor, Applied Economics and Statistics, University of Nevada, 1995-1999
Core Curriculum, Social Science Core Subcommittee, University of Nevada, 1998-1999
Department Curriculum Committee, University of Nevada, member 1994-1998, Chair 1996-1998
College Curriculum Committee, University of Nevada, member 1995-1998, Chair 1997
Scholarship Committee, College of Agriculture, University of Nevada, member, 1995-1999

**Profession:**
Reviewer for numerous journals and federal competitive and noncompetitive grant programs
Review Team Chair, Department of Agricultural Economics and Rural Sociology, Auburn University, 2008

American Agricultural Economics Association (AAEA) Selected Papers Topic Leader for
Teaching, Communication, and Extension, 2008
American Agricultural Economics Association (AAEA), Young Professionals Teaching
Academy, Presenter 2007
CSREES Review Team member, Natural Resources and Environmental Management, University
of Hawaii, 2006
Teaching, Learning, and Communication Section, American Agricultural Economics
Association, member 2000-present, Co-Chair 2002-3
"Team Based Learning" pre-conference workshop, Co-Organizer, AAEA annual meeting, 2003
Resident Instruction Selected Papers Coordinator, AAEA, 2003, 2007-8
"Teaching Economics to Interdisciplinary Groups", Symposium Organizer, AAEA annual
meeting, August 2002.
*Review of Agricultural Economics*, Editorial Council, 2002- 2004
*Journal of Agricultural and Applied Economics*, Editorial Council, 2001- 2003
Distinguished Teaching Award Subcommittee, AAEA, 2001-2003
Teaching Award Committee, Western Agricultural Economics Association (WAEA), Chair 2001
Teaching Committee, Southern Agricultural Economics Association, 2000-2003
"Teaching Environmental and Resource Policy Using Case Studies", Symposium Organizer and
Moderator, AAEA annual meeting, Salt Lake City, Utah, 1998
Council member, Western Agricultural Economics Association 1995-98
Committee for Local Arrangements for WAEA meeting, Chair, 1997
Western Regional Teaching Symposium Planning Committee, 1996

**Community:**
American Cancer Society, Relay for Life, co-captain of Clemson Montessori Team, Spring 2009,
participant 2007-2011
Taught economics once a week at Clemson Montessori School to 4-6 grade, Fall 2008
Youth soccer coach 2005-2010
Youth basketball coach, 2006-7
Board of Directors, Clemson Montessori School, 2004-2005


**<u>Summary of Other Professional Activities:</u>**

Twenty-four research publications in peer reviewed journals, two book chapters, three book
reviews, five other publications, thirty-six professional presentations, $148,000 in grant funding,
and experience teaching a wide variety of courses.


**<u>Journal Articles:</u>**

M. Espey (2010), "Valuing Teams:  What Influences Student Attitudes?"  *NACTA Journal*,
54(1):31-40.

<u>M. Espey</u> (2008), "Does Space Matter? Classroom Design and Team-Based Learning", *Review of
Agricultural Economics*, 30(4):764-775.

M. Espey, F. Fakhruddin, L. Gering, and H. Lin, (2007).  "Living on the Edge:  Residential Property Values in the Urban-Rural Fringe", *Journal of Agricultural and Applied Economics*, 39(3):687-698.

C. Cunningham, M. Espey, L. Gering, K. King, and H. Lin (2007). "Faces of Suburbanization: Residential Location Choice in the Urban Fringe", *Review of Agricultural Economics*, Proceedings: AAEA Invited Paper Session, Fall, 29(3): 390-395.

K. Owusu-Edusei, M. Espey, and H. Lin (2007). "School Quality and Proximity:  Impact on Residential Property Values", *Journal of Agricultural and Applied Economics*, 39(1): 211-221.

M. Espey (2006). "Implementation of Federal Recreation Fees by the U.S. Forest Service:  1996-2002", *Journal of Park and Recreation Administration*, 24(2): 87-101.

M. Espey and S. Nair (2005). "Automobile Fuel Economy:  What Is It Worth?" *Contemporary Economic Policy*, 23: 317-323.

DeWald, J., M. Espey, and M. Hammig (2004).  "Implementation of Village Self-Help Projects in the Kyrgyz Republic", *World Development*, 32(11): 1927-1938.

M. Espey and B. Towfique (2004). "International Bilateral Water Treaty Formation", *Water Resources Research*, 40(5): W05S05, doi:10.1029/2003WR002534.

J. Espey and M. Espey (2004). "Turning on the Lights: A Meta-Analysis of Residential Electricity Demand Elasticities", *Journal of Agricultural and Applied Economics*, 36,1(April 2004): 65-81.

M. Espey and K. Owusu-Edusei (2002).  "Federal Land Acquisition and Payments-In-Lieu of Taxes:  One Piece in the Puzzle of County Finance", *Choices*, 17(2): 26-30.

M. Espey and K. Owusu-Edusei (2001).  "Neighborhood Parks and Residential Property Values in Greenville, South Carolina", *Journal of Agricultural and Applied Economics*, 33(3): 487-492.

M. Espey (2001). "Federal Land Exchanges: 1960-1999", *Contemporary Economic Policy*, 19(4): 479-487.

M Espey and H. Kaufman (2000).  "The Impact of Airport Noise and Proximity on Residential Property Values", *Growth and Change* 31(3):  341-352.

M. Espey and D. Thilmany (2000).  "Farm Labor Demand:  A Meta-Regression Analysis of Wage Elasticities", *Journal of Agricultural and Resource Economics*, 25(1):  252-266.

H. Kaufman, M. Espey, and J. Englin (1998).  "No Plane, Big Gain?  Airport Noise and Residential Property Values in the Reno-Sparks Area", *Choices*, Third Quarter, p 42-43.

<u>M. Espey</u> (1998).  "Gasoline Demand Revisited:  An International Meta-Analysis of Elasticities", *Energy Economics*, 20(3): 273-296.

<u>M. Espey</u> (1997).  "Testing Math Competency in Introductory Economics", *Review of Agricultural Economics*, 19(2): 484-491.

<u>M. Espey</u> (1997).  "Traffic Jam:  An International Study of Automobile Travel Demand", *Papers in Regional Science*, 76(3): 343-356.

<u>M. Espey</u>, J.A. Espey, and W. D. Shaw (1997).  "Price Elasticity of Residential Demand for Water:  A Meta-Analysis", *Water Resources Research*, 33(6): 1369-1374.

<u>M. Espey</u>  (1997).  "Pollution Control and Energy Conservation:  Complements or Antagonists?", *The Energy Journal*, 18(2): 23-38.

<u>M. Espey</u> (1996).  "Explaining the Variation in Elasticity Estimates of Gasoline Demand in the United States:  A Meta-Analysis", *The Energy Journal*, 17(3):  49-60.

<u>M. Espey</u> (1996).  "Watching the Fuel Gauge:  An International Model of Automobile Fuel Economy", *Energy Economics*, 18:  93-106.

L. Schipper, M.J. Figueroa, L. Price, and <u>M. Espey</u> (1993).  "Mind the Gap:  The vicious circle of measuring automobile fuel use", *Energy Policy*, December, 1173-1190.

## **Other Publications:**

M. Espey (2012).  Book Review:  *Fuel Taxes and the Poor: The Distributional Effects of Gasoline Taxation and Their Implications for Climate Policy*, edited by Thomas Sterner, RFF Press, 2011.

<u>M. Espey</u> (2011). "Team-Based Learning in Economics:  A Pareto Improvement" in *Team-Based Learning in the Social Sciences and Humanities*, edited by Michael Sweet and Larry K. Michaelsen, Stylus Publishing, Sterling, VA, forthcoming.

<u>M. Espey</u> (2006). "Drawing Natural Resource Markets", in *Teaching and Learning Creatively: Inspirations and Reflections*, edited by P. Connor-Greene, C. Mobley, C. Paul, J. Waldvogel, and A. Young, Parlor Press, West Lafayette, IN.

<u>M. Espey</u> (2005).  "Do Consumers Value Fuel Economy?"  *Regulation*, Winter.

<u>M. Espey</u> (2005).  Book Review:  *Determining the Economic Value of Water: Concepts and Methods*, Robert A. Young, *Journal of Agribusiness*, 23(2): 199-201.

<u>M. Espey</u> (2002).  "Price Setting Under the Federal Recreation Fee Demonstration Program: 1996-2001", Association of Environmental and Resource Economists Newsletter, 22(2): 17-21.

<u>M. Espey</u> (2001).  Book Review:  *Cutting Green Tape:  Toxic Pollutants, Environmental Regulation and the Law*, Richard L. Stroup and Roger E. Meiners, eds., *American Journal of Agricultural Economics*, 83(2):  478-479.

<u>M. Espey</u> (2001).  "Federal Land Exchanges", *Proceedings of the SERA-IEG Regional Workshop*, SRDC Series Number 220, June (http://ext.msstate.edu/srdc/publications/series.htm)
J. Agapoff, <u>M. Espey</u>, and D. Stevens (1999).  "Federal Land Exchanges in Nevada", University of Nevada, Cooperative Extension Fact Sheet 99-XX.

J. Agapoff, <u>M. Espey</u>, and D. Stevens (1999).  "Federal Land Exchanges in Nevada and Payments In Lieu of Taxes", University of Nevada, Cooperative Extension Fact Sheet 99-XX.

<u>M. Espey</u>, R. Gregory, and B. Borden (1998).  "Southern Nevada Public Lands Management Act of 1997", University of Nevada, Cooperative Extension Fact Sheet 98-43.

**Work in Progress:**

<u>M. Espey</u> and L. Dickes, "Valuing Automobile Fuel Economy with Imperfect Information", *The Energy Journal*, under revision.

K. Boys and <u>M. Espey</u>, "Strategies for Successful Student Recruitment in Applied Economics" in preparation.

K. Boys and <u>M. Espey</u>, "Student Perceptions and Choice of Applied Economics Majors" in preparation.

<u>M. Espey</u>, "Team-Based Learning and Critical Thinking", in preparation.

<u>M. Espey</u>, "What Matters in Classroom Team Composition?" in preparation.

<u>M. Espey</u>, "Team Based Learning: A Tool for Educational Enhancement?" in preparation.

**Professional Presentations:**

<u>M. Espey</u> (2012). "Team-Based Learning, Team Composition, and Team Success:  What Really Matters?" Agricultural and Applied Economics Association, August.

<u>M. Espey</u> (2012). "Enhancing Critical Thinking in Economics Using Team-Based Learning," poster, Agricultural and Applied Economics Association, August.

M. Espey and K. Boys (2012). "High School Student Perceptions and Choice of College Major: The Case of Agribusiness and Resource Economics," South Carolina Education and Business Summit, June.

K. Boys, <u>M. Espey</u>, H. Bagby, and M. Gottfried (2011). "Variations in College of Agriculture Recruitment Strategies", American Agricultural Economics Association, July.

K. Boys, <u>M. Espey</u>, S. Dolan, A. Duncan, and S. Weaver (2011). "Marketing Academic Programs", American Agricultural Economics Association, July.

<u>M Espey</u> (2011). "My TBL Odyssey" American Economic Association Conference on Teaching Economics and Research in Economic Education, June.

<u>M Espey</u> (2011). "Introduction to Team Based Learning" American Economic Association Conference on Teaching Economics and Research in Economic Education, June.

<u>M Espey</u> (2010). Poster: "Valuing Teams: What Influences Student Attitudes?" Team Based Learning Conference, New Orleans, March.

<u>M. Espey</u> (2008). "Valuing Teams: What Influences Student Attitudes?" American Agricultural Economics Association, July.

M. Espey (2008). "An Overview of Advising Philosophies", American Agricultural Economics Association, July.

<u>M. Espey</u> (2007). "Active Learning in the Classroom", American Agricultural Economics Association Teaching Academy, July.

C. Cunningham, <u>M. Espey</u>, L. Gering, K.H. King, H. Lin (2007). "Faces of Suburbanization", Allied Social Sciences Association, Chicago, January.

<u>M. Espey</u> (2005). "Team Based Learning in a Non-Traditional Classroom", Communication Across the Curriculum Symposium, Clemson University, December.

H. Lin, K. Lu, <u>M. Espey</u>, and J. Allen (2005). "Modeling Urban Sprawl and Land Use Change in a Coastal Area – A Neural Network Approach," American Agricultural Economics Association, Providence, RI, July.

<u>M. Espey</u> (2005). "Implementation of Recreation Fees by the U.S. Forest Service: 1996-2003," American Agricultural Economics Association, Providence, RI, July.

<u>M. Espey</u> and S. Nair (2004). "Consumer Willingness to Pay for Automobile Fuel Economy," American Agricultural Economics Association, Denver, Colorado, August.

<u>M. Espey</u> (2004). "Team Based Learning: A Two Year Odyssey", American Agricultural Economics Association, Denver, Colorado, August.

<u>M. Espey</u> (2004). "Evaluation of Team Based Learning in Economics", American Agricultural Economics Association, Denver, Colorado, August.

F. Fakhruddin and <u>M. Espey</u> (2003). "Living on the Edge: Property Values in the Urban/Rural Fringe", American Agricultural Economics Association, Montreal, Canada, July.

B. Towfique and M. Espey (2002).  "Hydro-politics: The Economic Foundations of International Water Treaties", American Agricultural Economics Association, Long Beach, California, July.

M. Espey (2002).  "Teaching Economics to Interdisciplinary Groups", American Agricultural Economics Association, Long Beach, California, July.

M. Espey (2002).  "Designing Effective Assignments", Poster for Southern Agricultural Economics Association Meeting, Orlando, Florida, February.

M. Espey (2002).  "Price Setting Under the Federal Recreation Fee Demonstration Program: 1996-2001", Southern Agricultural Economics Association Meeting, Orlando, Florida, February.

F. Fahkruddin and M. Espey (2002).  "Urban/Rural Fringe, Lakes, and Residential Property Values in Upstate South Carolina", Southern Agricultural Economics Association Meeting, Orlando, Florida.

M. Espey and K. Owusu-Edusei (2001).  "Neighborhood Parks and Demographics in Greenville, South Carolina", American Agricultural Economics Association Meeting, Chicago, Ohio.

M. Espey and K. Owusu-Edusei (2001).  "Neighborhood Parks and Residential Property Values in Greenville, South Carolina", Southern Agricultural Economics Association Meeting, Fort Worth, Texas.

M. Espey (2000).  "The Political Economy of Federal Land Exchanges", Western Economics Association International Meeting, Vancouver, British Columbia.

M. Espey (2000).  "Federal Land Exchanges", SERA-IEG meeting, Athens, Georgia.

D. Thilmany and M. Espey (1998).  "Farm Labor Demand and Supply: A Meta-Analysis of Wage Elasticities", American Agricultural Economics Association Meetings, Salt Lake City, Utah.

M. Espey and H. Kaufman (1997).  "No Plane, Big Gain: Airport Noise and Residential Property Values in the Reno-Sparks Area", Western Agricultural Economics Association Meetings, Reno, Nevada.

M. Espey (1997).  "Meta-Analysis for Regional Economic Studies", Southern Regional Sciences Association Meetings, Memphis, Tennessee.

M. Espey and H. Kaufman (1996).  "Meta-Analysis of Gasoline Demand Elasticities in the United States", American Agricultural Economics Association Meetings, San Antonio, Texas.

M. Espey (1996).  "Testing Math Competency in Introductory Economics", American Agricultural Economics Association Meetings, San Antonio, Texas.

J.A. Espey, M. Espey, and W.D. Shaw (1996).  "Explaining the Variation in Residential Water Demand Elasticity Estimates", Arid Lands Conference, Reno, Nevada.

M. Espey (1995).  "Watching the Fuel Gauge:  An International Model of Automobile Fuel Economy", Western Agricultural Economics Association Meetings, Rapid City, South Dakota.

M. Espey (1994).  "Pollution Control and Energy Conservation:  Complements or Antagonists?" American Agricultural Economics Association Meetings, San Diego, California.

## Grants Awarded:

"Forces of Change in the Rural/Urban Interface: Residential Land Use", National Research Initiative, U.S. Department of Agriculture, $120,000, 2002-2005.

"The Economics of Sustainability", Sustainable Universities Initiative, $2700, 2001.

"Open Space Preservation and Property Values in Greenville, South Carolina", Center for Applied Real Estate Education and Research, University of South Carolina, $9922, 2000.

"Land Conservation in South Carolina", Sustainable Universities Initiative, $4700, 2000.

"Public/Private Property Exchanges in Nevada: Historical Overview and Case Study", Junior Faculty Research Award, University of Nevada, Reno, $7400, 1997.

Math Across the Curriculum developmental grant, $1500, 1995.

"Analysis of Roadway Expenditures and Economic Growth in the Reno-Sparks Metropolitan Area", First Interstate Bank of Nevada summer research stipend, $2000, 1995.

## Courses Taught:

Introductory Microeconomic Theory
Introductory Macroeconomic Theory
Intermediate Microeconomic Theory
Natural Resource and Environmental Policy
Natural Resource and Environmental Economics
Environmental Economics
Public Lands Management
Natural Resource Economics, Agriculture and the Environment
Natural Resource Use in Native American Economies
Advanced Natural Resource Economics (graduate level)
Natural Resources Management and Policy (graduate level)
Teaching Methodology (graduate level)
Introduction to University Success Skills